IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH HENDERSON | : | No. 23-263 |

## ORDER

AND NOW, this 7th day of November, 2023, upon consideration of Kenneth Henderson's Motion to Dismiss the Indictment (Doc. No. 14) and the Government's Response in Opposition (Doc. No. 17), it is **ORDERED** that the Motion (Doc. No. 14) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1